·[Civ. No. 1801.   Fourth Appellate District.—April 16, 1936.]

EFFIE ARLINE AARONSON, Respondent, v. P. V. AARONSON, Appellant.

No appearance for Appellant.

Everts, Ewing, Wild & Everts and R. H. Reeve for Respondent.

BARNARD, P. J.— The respondent has moved to dismiss this appeal and has filed a certificate of the county clerk from which it appears that notice of appeal was filed on July 1, 1935; that no request for the preparation of a transcript has been filed; that no proposed bill of exceptions has been filed; that no additional time for the preparation of a record has been allowed; that no proceedings for the preparation of a record are pending in the trial court; and that the time within which a record might be prepared under either method has expired. No appearance was made in opposition to the motion and the same should be granted. (*Steffey* v. *Standard Stations, Inc.*, 131 Cal. App. 202 [20 Pac. (2d) 971].)

The appeal is dismissed.

Marks, J., and Jennings, J., concurred.